1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,           No. 2:18-mc-0069 MCE DB
12                 Plaintiff,
13          v.                          ORDER
14  CHRISTIAN MICHAEL GAMBOA,
15                 Defendant.
16

Each of the parties in the above-captioned case has filed a "Consent to Jurisdiction of United States Magistrate Judge" (ECF Nos. 5, 7). See 28 U.S.C. § 636(c). Under E.D. Cal. Local Rule 305, both the district court judge assigned to the case and the magistrate judge must approve the referral to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

////
////
////
////
////

1  IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable
2  Deborah Barnes. The parties shall take note that all documents hereafter filed with the Clerk of
3  the Court shall bear case number 2:18-mc-0069 DB.
4  IT IS SO ORDERED.
5  Dated: June 20, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept referral of this case for all further proceedings and entry of final judgment.

Dated: June 20, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.consent/gamboa0069.consent.ord