UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-mc-0069 DB |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CHRISTIAN MICHAEL GAMBOA, | |
| Defendant. | |

This matter came before the court on June 22, 2018, for a hearing regarding a writ of continuing garnishment.[1] Attorney Kurt Didier appeared on behalf of the plaintiff. Christian Michael Gamboa appeared on his own behalf.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that on or before August 3, 2018, the parties shall file an updated status report.[2] The status report shall include but not be limited to the following:

1. Whether the wage garnishment rate of 25% is lowered through agreement,

2. Whether there is an accounting for the value of the items seized from the defendant,

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (ECF No. 13.)

[2] If the parties are unable to file a joint status report, the parties may file individual status reports.

1

3. If there is an accounting for the value of the items seized from the defendant, what is that value,

4. What is the outstanding restitution owed by the defendant, and,

5. If applicable, will the plaintiff be filing a superseding writ of continuing garnishment.

Dated: June 22, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.consent/gamboa0069.oah.062218