UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN MICHAEL GAMBOA,<br><br>Defendant. | No. 2:18-mc-0069 DB<br><br><br><br>ORDER |

This matter came before the court on June 22, 2018, for a hearing regarding a writ of continuing garnishment.[1] Attorney Kurt Didier appeared on behalf of the plaintiff. Christian Michael Gamboa appeared on his own behalf. On June 25, 2018, the court issued an order, ordering the parties to file an updated status report on or before August 3, 2018. (ECF No. 15.)

On August 2, 2018, the parties requested an additional thirty days. (ECF No. 19 at 2.) That request was granted on August 8, 2018. (ECF No. 20.) On September 4, 2018, the parties filed another request for a 30-day extension of time. (ECF No. 21.) The parties' request will be granted.

////

////

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (ECF No. 13.)

Accordingly, IT IS HEREBY ORDERED that on or before October 4, 2018, the parties shall file another updated status report addressing the status of the parties' dispute.

Dated: September 18, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.consent/gamboa0069.cont.sr2.ord