McGREGOR W. SCOTT
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Tel: (916) 554-2700
Fax: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CHRISTIAN MICHAEL GAMBOA,<br><br>  Defendant and Judgment Debtor. | No. 2:18-mc-00069-DB<br><br>**JOINT MOTION REGARDING RESTITUTION CREDIT; AND ORDER** |

Plaintiff the United States, defendant Christian M. Gamboa, and restitution payee Bank of America (the Parties), by their authorized representatives, hereby agree that the clerk of court may credit defendant Gamboa with a $68,000 payment towards his unpaid restitution balance. For the reasons stated below, the Parties move the court for an order directing the clerk to apply the $68,000 restitution credit in Criminal Case No. 2:06-cr-420-LKK.

1. Defendants Gamboa and Jason Ordonez were convicted of armed bank robbery and ordered to pay, jointly and severally, a $100 assessment and $230,171 in restitution to Bank of America in the case denominated as <u>United States v. Gamboa, et al.</u>, Case No. 2:06-cr-420-LKK. ECF No. 51, Judgment in a Criminal Case, filed July 30, 2007 (Gamboa) and ECF No. 42, filed June 7, 2007 (Ordonez).

2. The United States moved for orders permitting the Fairfield Police Department to turn-over to Bank of America items seized from defendants Gamboa (CR Case ECF No. 53), and Ordonez

(CR Case ECF No. 54) during the underlying bank robbery investigation. Bank of America was to sell the items and apply the proceeds towards defendants' unpaid restitution. The Court granted the motions by orders filed on May 11, 2009 (Gamboa, CR Case ECF No. 57, and Ordonez, CR Case ECF No. 57).

3. On May 4, 2018, the United States sought the instant writ of garnishment against defendant Gamboa's wages to enforce the unpaid restitution owing in the criminal case. Miscellaneous Case (MC) ECF No. 1. The clerk of court issued the writ the same day. MC ECF No. 2.

4. Following service of the writ and its allied documents, defendant Gamboa requested a hearing asserting, among other things, that he had not received restitution credit for the items turned-over to the Bank of America. MC ECF No. 6.

5. The United States conferred with both Bank of America and defendant Gamboa concerning the bank's liquidation of the items pursuant to the orders referenced above in paragraph 2. The Parties agree the valuation of the turned-over items is $68,000 and that this amount can and should be credited towards the defendants' unpaid restitution.

6. The United States and defendant Gamboa consented to the jurisdiction of the United States Magistrate Judge in this garnishment case (MC ECF Nos. 5 and 7-1) and the District Court reassigned the case for all purposes to Magistrate Judge Deborah Barnes. Minute Order, MC ECF No. 11.

7. Bank of America also consents to Magistrate Judge Barnes' jurisdiction for the sole purpose of filing this joint motion for restitution credit.

WHEREFORE, the Parties move for an order directing the clerk of court to credit defendant Gamboa's joint and several restitution liability in the sum of $68,000.

Respectfully submitted,

Date: September 13, 2018

McGREGOR W. SCOTT
United States Attorney

By: */s/ Kurt A. Didier*
KURT A. DIDIER
Assistant United States Attorney

FOR THE DEFENDANT, CHRISTIAN M. GAMBOA:

Date: September 13, 2018

By: */s/ Christian Michael Gamboa*
CHRISTIAN MICHAEL GAMBOA, pro se

FOR BANK OF AMERICA:

Date: September 11, 2018

By: */s/ James P. Smith*
JAMES P. SMITH, Vice President
CORPORATE GLOBAL SECURITY

Dated: September 18, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

# **O R D E R**

The Court, having reviewed the Parties' joint motion regarding restitution credit (the Motion), the court files, and finding good cause therefrom, hereby GRANTS the Motion. Accordingly, the Court hereby ORDERS, ADJUDGES and DECREES that the clerk of court shall credit defendant Christian M. Gamboa's joint and several restitution liability in the sum of $68,000.

IT IS SO ORDERED.

DLB:6
DB/orders/orders.consent/gamboa0069.stip.credit.ord