McGREGOR W. SCOTT
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Tel: (916) 554-2700
Fax: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHRISTIAN MICHAEL GAMBOA,<br><br>　　　　Defendant.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>　　　　Garnishee. | No. 2:18-mc-00069-DB<br><br>**STIPULATION RE GARNISHMENT;<br>AND ORDER** |

　　　Plaintiff United States and defendant Christian M. Gamboa (the Parties), hereby stipulate to the final resolution of the United States' pending garnishment action against Defendant as follows:

　　　1.　　On May 4, 2018, the United States sought the instant writ of garnishment against the wages and other monetary compensation Defendant earns from his employer United Parcel Service, Inc., (UPS). Miscellaneous Case ECF No. 1. The clerk of court issued the writ the same day. ECF No. 2.

　　　2.　　By its writ, the United States seeks to enforce the criminal monetary penalties the Court imposed against Defendant and his co-defendant, Jason Ordonez, in the case denominated as United States v. Gamboa, et al., Case No. 2:06-cr-420-LKK. CR ECF No. 51, Judgment in a Criminal Case, filed July 30, 2007.

3. The United States served the writ of garnishment on garnishee UPS on May 4, 2018. ECF No. 4. UPS served its Acknowledgment and Answer (the Answer) to the United States' writ on June 4, 2018 and filed it on June 5, 2018. ECF No. 9. The Answer acknowledges UPS received the writ on May 9, 2018 and that it pays Defendant weekly wages and earnings. *Id.*

4. UPS has been withholding twenty-five percent (25%) of Defendant's non-exempt, disposable earnings, wages and bonuses since May 9, 2018. The 25% withholding amount comports with the Consumer Credit Protection Act's 25% garnishment cap on a debtor's non-exempt disposable earnings. *See*, 15 U.S.C. § 1673(a)(1), incorporated into the Federal Debt Collection Procedures Act, 28 U.S.C. § 3002(9).

5. Following negotiations, the Parties have agreed to a resolution of this garnishment action and request that the United States Magistrate Judge approve the terms of their stipulation as set forth below. The Parties previously consented in writing to Magistrate Judge Barnes adjudicating this case. Defendant and the United States' filed consent forms are at ECF Nos. 5, and 7, respectively.

6. To effectuate their settlement, the Parties agree that the Court can and should enter an order as follows:

    A. Garnishing the 25% of Defendant's non-exempt, disposable weekly UPS bonuses, commissions, earnings, wages (the Garnished Wages) earned from May 9, 2018, the date UPS began withholding Defendant's Garnished Wages through and including the fifteenth day after the order approving this stipulation is filed;

    B. Directing UPS to pay the Garnished Wages to the Clerk of Court as stated more specifically in the accompanying order; and

    C. Terminating this garnishment once UPS makes its payment to the Clerk of Court as directed in the accompanying order.

7. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

///

///

///

| | |
|---|---|
| 1 | WHEREFORE, the Parties move for an order approving their stipulation as stated in the |
| 2 | accompanying order. |

Dated: October 23, 2018

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney


By:  /s/ *Kurt A. Didier*
KURT A. DIDIER
Assistant United States Attorney

FOR THE DEFENDANT, CHRISTIAN M. GAMBOA:

Dated: October 23, 2018

By:  /s/ Christian Michael Gamboa
CHRISTIAN MICHAEL GAMBOA, pro se

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation re Garnishment (the "Stipulation"), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1. The United States' application for a wage garnishment order is GRANTED.

2. Garnishee United Parcel Service Inc., (UPS) shall GARNISH twenty-five percent (25%) of defendant Christian M. Gamboa's non-exempt disposable weekly bonuses, commissions, earnings, wages (the Garnished Wages) earned during the period beginning May 9, 2018, the day UPS received the United States' writ of garnishment and ending on the date UPS complies with paragraph 3 of this order.

3. UPS shall DELIVER, within twenty (20) days of the filing of this order, a cashier's check, money order or company draft in the sum totaling the Garnished Wages defined above, made payable to the Clerk of Court. UPS shall deliver the payment to the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. UPS shall state the case name and number (US v. Gamboa, Case No.: 2:06-cr-00420) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with its payment.

4. UPS shall also provide the United States a written ACCOUNTING of the amounts withheld from Defendant's payments during the period from its receipt of the writ of garnishment to the date it complies with this order.

5. This writ of garnishment shall TERMINATE upon the Clerk of Court's receipt and posting of UPS' payment of the amount ordered in paragraphs 2 and 3, above.

6. The Court RETAINS jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

IT IS SO ORDERED.

Dated: October 24, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.consent/gamboa0069.writ.ord

4